⬛ CT Corporation

**Service of Process Transmittal**
03/10/2021
CT Log Number 539186592

**TO:**  Melissa Gravlin
Fca US LLC
1000 CHRYSLER DR OFC OF
AUBURN HILLS, MI 48326-2766

**RE:**  **Process Served in California**

**FOR:**  FCA US LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Joaquin Ochoa Flores and Susana Reyes, Pltfs. vs. FCA US LLC, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Exhibit(s), Cover Sheet, Instructions, Attachment(s), Order |
| **COURT/AGENCY:** | Sacramento County - Superior Court - Sacramento, CA<br>Case # 34202100295608 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2021 Ram 1500, VIN: 1C6RREFT6MN501373 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/10/2021 at 14:53 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Mark Romano<br>ROMANO STANCROFF PC<br>360 N. Pacific Coast Hwy., Suite 1010<br>El Segundo, CA 90245<br>(310) 477-7990 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/11/2021, Expected Purge Date: 03/16/2021 |
| | Image SOP |
| | Email Notification,  Lance Arnott  sopverification@wolterskluwer.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>818 West 7th Street<br>Los Angeles, CA 90017<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                      Wed, Mar 10, 2021

**Server Name:**               Bernard Richards

Entity Served                  FCA US LLC

Agent Name                     C T CORPORATION SYSTEM (C0168406)

Case Number                    34-2021-00295608

Jurisdiction                   CA



**SUM-100**

# SUMMONS
## (CITACIÓN JUDICIAL)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

JOAQUIN OCHOA FLORES and SUSANA REYES,

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**FILED**
**Superior Court Of California,**
**Sacramento**
**03/05/2021**
**mwhitaker**
**By_____, Deputy**
**Case Number:**
**34-2021-00295608**

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Sacramento County Superior Court

720 Ninth Street
Sacramento, CA 95814

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Romano Stancroff PC, 360 N. Pacific Coast Hwy., Ste. 1010, El Segundo, CA 90245 (310) 477-7990

DATE: **MAR - 5 2021**
*(Fecha)*

Clerk, by **M. WHITAKER**, Deputy
*(Secretario) _____ (Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* FCA US LLC, a Delaware Limited Liability Company

under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☑ other *(specify):* CCP 17701.16 (LLC)
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

**ROMANO STANCROFF PC**
Mark Romano, Esq. (SBN 244113)
Timothy Whelan, Esq. (SBN 255037)
Aliaksandra Valitskaya, Esq. (SBN 320680)
360 N. Pacific Coast Hwy., Suite 1010
El Segundo, CA   90245
Telephone: (310) 477-7990
Fax: (310) 477-7995
mark@thelemonlawattorneys.com

Attorneys for Plaintiffs,
JOAQUIN OCHOA FLORES and SUSANA REYES

FILED
Superior Court Of California,
Sacramento
02/26/2021
mwhitaker
By_____ , Deputy
Case Number:
34-2021-00295608

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SACRAMENTO

| | |
|---|---|
| JOAQUIN OCHOA FLORES and SUSANA REYES, | Case No.: |
| Plaintiffs, | **COMPLAINT** |
| vs. | 1. **SONG-BEVERLY ACT**<br>2. **MAGNUSON-MOSS ACT** |
| FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | *Assigned for All Purposes to the Honorable* |
| Defendants. | Department |

Plaintiffs, JOAQUIN OCHOA FLORES and SUSANA REYES, allege as follows against

Defendants, FCA US LLC, and DOES 1 through 10 inclusive, on information and belief, formed

after an inquiry reasonable under the circumstances:

### GENERAL ALLEGATIONS

1.   Plaintiffs are individuals residing in the City of Lodi, County of San Joaquin, and State

of California.

-1-

Complaint

2.      Defendant FCA US LLC is and was a Delaware limited liability company registered to do business in the State of California with its registered office in the City of Los Angeles, County of Los Angeles, State of California.

3.      This cause of action arises out of the sale of the vehicle in question from Elk Grove Dodge Chrysler Jeep in the City of Elk Grove, County of Sacramento, State of California.

4.      Plaintiffs do not know the true names and capacities, whether corporate, partnership, associate, individual or otherwise of Defendant issued herein as Does 1 through 10, inclusive, under the provisions of section 474 of the California Code of Civil Procedure.  Defendants Does 1 through 10, inclusive, are in some manner responsible for the acts, occurrences and transactions set forth herein, and are legally liable to Plaintiffs.  Plaintiffs will seek leave to amend this Complaint to set forth the true names and capacities of the fictitiously named Defendants together with appropriate charging allegations when ascertained.

5.      All acts of corporate employees as alleged were authorized or ratified by an officer, director or managing agent of the corporate employer.

6.      Each Defendant whether actually or fictitiously named herein, was the principal, agent (actual or ostensible) or employee of each other Defendant and in acting as such principal or within the course and scope of such employment or agency, took some part in the acts and omissions hereinafter set forth by reason of which each Defendant is liable to Plaintiffs for the relief prayed for herein.

7.      On October 19, 2020, Plaintiffs purchased a new 2021 Ram 1500, VIN: 1C6RREFT6MN501373, ("the vehicle").

8.      Express warranties accompanied the sale of the vehicle to Plaintiffs by which FCA US LLC undertook to preserve or maintain the utility or performance of Plaintiffs' vehicle or provide compensation if there was a failure in such utility or performance.

9.      The vehicle was delivered to Plaintiffs with serious defects and nonconformities to warranty and developed other serious defects and nonconformities to warranty including, but not limited to, various electrical defects.

-2-

Complaint

## FIRST CAUSE OF ACTION

### (Violation of the Song-Beverly Consumer Warranty Act)

10.    Plaintiff incorporates herein by reference each and every allegation contained in the preceding and succeeding paragraphs as though herein fully restated and realleged.

11.    Pursuant to the Song-Beverly Consumer Warranty Act (herein after the "Act") Civil Code section 1790 *et seq.*, the vehicle constitutes "consumer goods" or a "new motor vehicle" and Plaintiffs have used the vehicle primarily for those purposes.

12.    Plaintiffs are "buyers" of consumer goods under the Act.

13.    Defendant FCA US LLC is a "manufacturer" and/or "distributor" under the Act.

14.    The sale of the vehicle to Plaintiffs was accompanied by an implied warranty that the vehicle was merchantable. The sale of the vehicle to Plaintiffs was also accompanied by Defendants' implied warranty of fitness.

15.    The foregoing defects and nonconformities to warranty manifested themselves within the applicable express warranty period. The nonconformities substantially impair the use, value and/or safety of the vehicle.

16.    Plaintiffs delivered the vehicle to FCA US LLC authorized repair facilities for repair of the nonconformities on numerous occasions.

17.    Defendants were unable to conform Plaintiffs' vehicle to the applicable express and implied warranties after a reasonable number of attempts.

18.    The defects and nonconformities rendered the vehicle unmerchantable.

19.    Notwithstanding Plaintiff's entitlement, Defendant manufacturer has failed to either promptly replace the new motor vehicle or promptly make restitution in accordance with the Song-Beverly Consumer Warranty Act.

20.    By failure of Defendants to remedy the defects as alleged above, or to issue a refund or replacement, Defendants are in breach of their obligations under the Act.

21.    Plaintiffs are entitled to justifiably revoke acceptance of the vehicle under the Act.

-3-

Complaint

22.   Under the Act, Plaintiffs are entitled to reimbursement of the purchase price paid for the vehicle less that amount directly attributable to use by the Plaintiffs prior to discovery of the nonconformities.

23.   Plaintiffs are entitled to all incidental, consequential and general damages resulting from Defendants' failure to comply with their obligations under the Act.

24.   Plaintiffs are entitled under the Act to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably incurred in connection with the commencement and prosecution of this action.

25.   In addition to actual damages, Plaintiffs are entitled to a civil penalty of up to two times the amount of actual damages, because Defendant does not maintain a qualified third-party dispute resolution process that substantially complies with Cal. Civ. Code § 1793.22 and failed to make restitution or replace the vehicle promptly and because Defendant willfully failed to comply with its obligations under the Act.

## SECOND CAUSE OF ACTION

(Violation of the Federal Magnuson-Moss Warranty Act - Against All Defendants)

26.   Plaintiff incorporates herein by reference each and every allegation contained in the preceding and succeeding paragraphs as though herein fully restated and realleged.

27.   Plaintiffs are "consumers" as defined in the Magnuson-Moss Warranty Act (referred to as "Mag-Moss"), 15 U.S.C. § 2301(3).

28.   Defendant, FCA US LLC is a "supplier" and "warrantor" as defined in the Mag-Moss Act, 15 U.S.C. § 2301(4), 15 U.S.C. § 2301(5).

29.   The vehicle is a "consumer product" as defined in the Mag-Moss Act, 15 U.S.C. § 2301(1).

30.   In addition to the express warranty, in connection with the sale of the vehicle to Plaintiffs, an implied warranty of merchantability was created under California law. The vehicle's implied warranties were not disclaimed using a Buyer's Guide displayed on the vehicle; thus any purported disclaimers were ineffective pursuant to 15 U.S.C. § 2308(c).

-4-

Complaint

31.   Defendants violated the Mag-Moss Act when they breached the express warranty and implied warranties by failing to repair the defects and nonconformities, or to replace or repurchase the vehicle.

32.   Plaintiffs performed all terms, conditions, covenants, promises and obligations required to be performed on Plaintiffs' part under the terms of the sales agreement, and express warranty and implied warranty except for those terms and conditions, covenants, promises and obligations or payments for which performance and/or compliance has been excused by the acts and/or conduct of the Defendants and/or by operation of law.

33.   As a direct and proximate result of the acts and omissions of the Defendants, Plaintiffs have been damaged in the form of general, special and actual damages in an amount within the jurisdiction of this Court, according to proof at trial.

34.   Under the Act, Plaintiffs are entitled to rescission of the contract, reimbursement of the purchase price paid for the vehicle.

35.   Plaintiffs are entitled to all incidental, consequential and general damages resulting from Defendants' failure to comply with their obligations under the Mag-Moss Act.

36.   Plaintiffs are entitled under the Mag-Moss Act to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably incurred in connection with the commencement and prosecution of this action pursuant to 15 U.S.C. § 2310(d)(2).

WHEREFORE, Plaintiffs pray for judgment against Defendants, as follows:

1.   For general, special and actual damages according to proof at trial;

2.   For rescission of the purchase contract and restitution of all monies expended;

3.   For diminution in value;

4.   For incidental and consequential damages according to proof at trial;

5.   For civil penalty in the amount of two times Plaintiffs' actual damages;

6.   For prejudgment interest at the legal rate;

-5-

Complaint

7.  For reasonable attorney's fees and costs of suit; and

8.  For such other and further relief as the Court deems just and proper under the circumstances.

ROMANO STANCROFF PC

Mark Romano, Esq. (SBN 244113)
Timothy Whelan, Esq. (SBN 255037)
Aliaksandra Valitskaya, Esq. (SBN 320680)
Attorneys for Plaintiffs
JOAQUIN OCHOA FLORES and
SUSANA REYES

Dated: 2/23/21

-6-
Complaint

# EXHIBIT 1

RETAIL INSTALLMENT SALE CONTRACT — SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| [illegible] FLORES [illegible] LODI, CA [illegible] SAN JOAQUIN | SUSANA REYES [illegible] LODI, CA [illegible] SAN JOAQUIN | [illegible] |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 202[illegible] | RAM [illegible] | [illegible] | [illegible] | Personal, family or household unless otherwise indicated below ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ [illegible] is |
|---|---|---|---|---|
| [illegible] % | $ [illegible] (e) | $ [illegible] (e) | $ [illegible] (e) | $ [illegible] (e) |

(e) means an estimate

YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| [illegible] | [illegible] | Monthly beginning [illegible] |
| N/A | N/A | N/A |
| One final payment | [illegible] | [illegible] |

Late Charge. If payment is not received in full within [illegible] days after it is due, you will pay a late charge of 5% of the part of the payment that is late. Prepayment. If you pay early, you may be charged a minimum finance charge. Security Interest. We will have a security interest in the vehicle being purchased. Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | Term | Premium |
|---|---|---|
| $ N/A Ded. Comp. Fire & Theft | N/A Mos. | $ N/A |
| $ N/A Ded. Collision | N/A Mos. | $ N/A |
| Bodily Injury $ N/A Limits | N/A Mos. | $ N/A |
| Property Damage $ N/A Limits | N/A Mos. | $ N/A |
| Medical N/A | N/A Mos. | $ N/A |
| N/A | N/A Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

[illegible]

Buyer X [signature]

Co-Buyer X [signature]

Seller X [signature]

### ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. Total Cash Price
   - A. Cash Price of Motor Vehicle and Accessories $ [illegible] (A)
     - 1. Cash Price Vehicle $ [illegible]
     - 2. Cash Price Accessories $ N/A
     - 3. Other (Nontaxable): Describe N/A $ N/A; Describe N/A $ N/A
   - B. Document Processing Charge (not a government fee) $ [illegible] (B)
   - C. Emissions Testing Charge (not a government fee) $ N/A (C)
   - D. (Optional) Theft Deterrent Device(s): 1. paid to [illegible] $ [illegible] (D1); 2. paid to N/A $ N/A (D2); 3. paid to N/A $ N/A (D3)
   - E. (Optional) Surface Protection Product(s): 1. paid to N/A $ N/A (E1); 2. paid to N/A $ N/A (E2)
   - F. EV Charging Station paid to N/A $ N/A (F)
   - G. [illegible] $ N/A (G)
   - H. Electronic Vehicle Registration or Transfer Charge (not a government fee) paid to [illegible] $ [illegible] (H)
   - I. (Optional) Service Contract(s): 1. paid to N/A $ N/A (I1); 2. paid to N/A $ N/A (I2); 3. paid to N/A $ N/A (I3); 4. paid to N/A $ N/A (I4); 5. paid to N/A $ N/A (I5)
   - J. Prior Credit or Lease Balance (e) paid by Seller to: Vehicle 1 N/A, Vehicle 2 N/A $ N/A (J)
   - K. (Optional) Debt Cancellation Agreement $ [illegible] (K)
   - L. (Optional) Used Vehicle Contract Cancellation Option Agreement $ N/A (L)
   - M. Other paid to N/A For N/A $ N/A (M)
   - N. Other paid to N/A For N/A $ N/A (N)
   - Total Cash Price (A through N) $ [illegible] (1)
2. Amounts Paid to Public Officials
   - A. Vehicle License Fees [illegible] $ [illegible] (A)
   - B. Registration/Transfer/Titling Fees [illegible] $ [illegible] (B)
   - C. California Tire Fees $ [illegible] (C)
   - D. Other WEIGHT FEE $ [illegible] (D)
   - Total Official Fees (A through D) $ [illegible] (2)
3. Amount Paid to Insurance Companies (Total premiums from Statement of Insurance) $ N/A (3)
4. ☐ State Emissions Certification Fee or ☐ State Emissions Exemption Fee $ [illegible] (4)
5. Subtotal (1 through 4) $ [illegible] (5)
6. Total Downpayment
   - A. Total Agreed Value of Property Being Traded-in (see Trade-In Vehicles) Vehicle 1 $ N/A Vehicle 2 $ N/A $ N/A (A)
   - B. Total Less Prior Credit or Lease Balance (e) Vehicle 1 $ N/A Vehicle 2 $ N/A $ N/A (B)
   - C. Total Net Trade-In (A–B) (indicate if negative number) Vehicle 1 $ N/A Vehicle 2 $ N/A $ N/A (C)
   - D. Deferred Downpayment Payable to Seller $ N/A (D)
   - E. Manufacturer's Rebate $ [illegible] (E)
   - F. Other N/A $ N/A (F)
   - G. Cash, Cash Equivalent, Check, Credit Card or Debit Card $ [illegible] (G)
   - Total Downpayment (C through G) $ [illegible] (6)

[illegible]

### OPTIONAL DEBT CANCELLATION AGREEMENT

A debt cancellation agreement is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. [illegible]

Term [illegible] Mos. [illegible] Debt Cancellation Agreement

I want to buy a debt cancellation agreement.

Buyer Signs X [signature]

### OPTIONAL SERVICE CONTRACT(S)

You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1I.

1) Company N/A Term N/A Mos. or N/A Miles

2) Company N/A Term N/A Mos. or N/A Miles

3) Company N/A Term N/A Mos. or N/A Miles

4) Company N/A Term N/A Mos. or N/A Miles

5) Company N/A Term N/A Mos. or N/A Miles

Buyer X N/A

### Trade-In Vehicle(s)

1 Vehicle 1

Year N/A Make N/A Model N/A Odometer N/A VIN N/A

- a. Agreed Value of Property $ N/A
- b. Buyer/Co-Buyer Retained Trade Equity $ N/A
- c. Agreed Value of Property Being Traded-in (a-b) $ N/A
- d. Prior Credit or Lease Balance $ N/A
- e. Net Trade-In (c-d) must be ≥ 0 for buyer/co-buyer to retain equity $ N/A

2 Vehicle 2

Year N/A Make N/A Model N/A Odometer N/A VIN N/A

- a. Agreed Value of Property $ N/A
- b. Buyer/Co-Buyer Retained Trade Equity $ N/A
- c. Agreed Value of Property Being Traded-in (a-b) $ N/A
- d. Prior Credit or Lease Balance $ N/A
- e. Net Trade-In (c-d) must be ≥ 0 for buyer/co-buyer to retain equity $ N/A

Total Agreed Value of Property Being Traded-in (1c+2c) $ N/A

Total Prior Credit or Lease Balance (1d+2d) $ N/A

Total Net Trade-In (1e+2e) $ N/A

(*See item 6A-6C in the Itemization of Amount Financed)

OPTION: ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before N/A, Year N/A. SELLER'S INITIALS N/A

Agreement to Arbitrate: By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X [signature] Co-Buyer Signs X [illegible]

[illegible]

Co-Buyer Signature X [illegible]

### AUTO BROKER FEE DISCLOSURE

This sale is not subject to a fee received by an autobroker from us unless the following box is checked: [illegible]

[illegible]

Co-Buyer Signs X [illegible]

[illegible]

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>— Mark Romano<br>ROMANO STANCROFF PC<br>360 N. Pacific Coast Hwy., Ste. 1010<br>El Segundo, CA 90245 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (310) 477-7990    FAX NO.: (310) 477-7995<br>ATTORNEY FOR *(Name)*: Joaquin Ochoa Flores and Susana Reyes | **FILED**<br>**Superior Court Of California,**<br>**Sacramento** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento<br>STREET ADDRESS: 720 Ninth Street, Sacramento<br>MAILING ADDRESS: 720 Ninth Street, Room 102, Sacramento, CA  95814<br>CITY AND ZIP CODE: Sacramento, CA  95814<br>BRANCH NAME: Gordon D. Schaber Downtown Courthouse | **02/26/2021**<br>**mwhitaker**<br>**By_____ , Deputy**<br>**Case Number:** |
| CASE NAME:<br>Joaquin Ochoa Flores and Susana Reyes v. FCA US LLC, et al | **34-2021-00295608** |

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| [✓] **Unlimited** (Amount demanded exceeds $25,000) | [ ] **Limited** (Amount demanded is $25,000 or less) | [ ] **Counter**  [ ] **Joinder**<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [✓] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   - a. [ ] Large number of separately represented parties
   - b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   - c. [ ] Substantial amount of documentary evidence
   - d. [ ] Large number of witnesses
   - e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   - f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [✓] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify)*: 2
5. This case [ ] is [✓] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: February 23, 2021

Mark Romano, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

American LegalNet, Inc.
www.Forms*Workflow*.com

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) *(if the
case involves an uninsured
motorist claim subject to
arbitration, check this item
instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
- Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability *(not asbestos or
toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice–
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip
and fall)
Intentional Bodily Injury/PD/WD
(e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination,
false arrest) *(not civil
harassment)* (08)
Defamation (e.g., slander, libel)
(13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
*(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract *(not unlawful detainer
or wrongful eviction)*
Contract/Warranty Breach–Seller
Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open
book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage *(not provisionally
complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent
domain, landlord/tenant, or
foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
drugs, check this item; otherwise,
report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court
Case Matter
Writ–Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
*(arising from provisionally complex
case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of
County)
Confession of Judgment *(non-
domestic relations)*
Sister State Judgment
Administrative Agency Award
*(not unpaid taxes)*
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-
harassment)*
Mechanics Lien
Other Commercial Complaint
Case *(non-tort/non-complex)*
Other Civil Complaint
*(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition *(not specified
above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late
Claim
Other Civil Petition

CM-010 [Rev. July 1, 2007]    **CIVIL CASE COVER SHEET**    Page 2 of 2

RECEIVED
IN DROP BOX

2021 FEB 26   PM 4: 15

DOWNTOWN COURTHOUSE
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO

(none)



**SUPERIOR COURT OF CALIFORNIA**

**County of Sacramento**
720 Ninth Street, Room 102
Sacramento, CA 95814-1311

*For Court Use Only*

PETITIONER/PLAINTIFF :   Joaquin Ochoa Flores and Susana Reyes

RESPONDENT/DEFENDANT:   FCA US LLC and Does 1-10

**ORDER RE: DELAY IN SCHEDULING
INITIAL CASE MANAGEMENT CONFERENCE**

CASE NUMBER:
34-2021-00295608

The Court finds good cause to delay the scheduling of the initial Case Management Conference for this case given the COVID-19 pandemic and its impact on court-wide operations.  Among the affected operations is the Court's Case Management Program (CMP).  The Court's CMP calendars have been and remain suspended until further notice.  After the CMP Departments resume operations, the Court will schedule the initial Case Management Conference in this case and issue a Notice of Case Management Conference and Order to Appear.

The deadline for filing and service of the Case Management Conference Statements will be based upon the date for the initial Case Management Conference once it has been scheduled.

Parties shall continue to accomplish service of all parties named in the action.

Parties shall continue to ensure that all defendants and cross-defendants have answered, been dismissed, or had their defaults entered.

Plaintiff shall serve a copy of this order on any party to the complaint. The cross-complainant shall have the same obligation with respect to the cross-complaint

RICHARD K. SUEYOSHI

Dated: 2/26/2021

_____
Richard K. Sueyoshi, Judge of the Superior Court

Order re: Delay in Scheduling Initial Case Management Conference