**GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP**
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: MATTHEW M. PROUDFOOT, SBN: 155988
Attorney for Defendants FCA US LLC

**ROMANO STANCROFF PC**
Mark Romano, Esq. (SBN 244113)
Timothy Whelan, Esq. (SBN 255037)
Aliaksandra Valitskaya, Esq. (SBN 320680)
360 N. Pacific Coast Hwy., Suite 1010
El Segundo, CA  90245
Telephone: (310) 477-7990
Fax: (310) 477-7995
mark@thelemonlawattorneys.com
Attorneys for Plaintiffs, JOAQUIN OCHOA FLORES and SUSANA REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN OCHOA FLORES and SUSANA REYES,<br><br>             Plaintiffs,<br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive<br><br>             Defendants. | Case No: 2:21-cv-00639-JAM-AC<br>Dist Judge John A. Mendez<br>Mag Judge Allison Claire<br>Courtroom: 6<br><br><br>**ORDER** |

The Stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  September 9, 2021          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE

1

ORDER